APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Garnas

v.

Rimon, P.C.

Civil Action
No: 2:14-CV-07246 MAM

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, __Rimon, P.C.__
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

__4/2/15__
Date

__/s/ Jonathan Goldstein__
Signature

Counsel for: __Defendants__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

          (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
          (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
          (2)    promptly file a supplemental statement if any required information changes.